JOHN BALAZS, Bar #157287
Attorney at Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
John@Balazslaw.com

Attorney for Defendant
JOHN PERDARIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-1144 CRB |
| Plaintiff, | APPLICATION AND [PROPOSED] ORDER EXONERATING BOND AND RETURN OF PASSPORT |
| v. | |
| JOHN PERDARIS, | |
| Defendant. | |

On May 20, 2011, defendant John Perdaris surrendered to the custody of the Bureau of Prisons at the institution designated to serve the one year and one day sentence imposed in this case. The Bureau of Prison's website confirms that Mr. Perdaris is in custody. Perdaris now applies for an order exonerating the bond and for return of his U.S. passport that he surrendered to secure his release.

Dated: June 3, 2011   /s/ John Balazs
John Balazs

Attorney for Defendant
JOHN PERDARIS

# ORDER

For the reasons set forth above, IT IS HEREBY ORDERED that the bond set as a condition of Mr. Perdaris's release is exonerated and that his passport be returned. The Clerk of the Court is instructed to reconvey its interest in the security posted as a condition of said bond forthwith. The Clerk is also instructed to return Mr. Perdaris's passport to his attorney John Balazs, 916 Second Street, Suite F, Sacramento, CA 95814, (916) 447-9299.

Dated: _____June 6\_, 2011



Hon. Charles R. Breyer
U.S. District Judge

2